The Honorable Benjamin Settle

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TIFFANY BURGER,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>WASTE MANAGEMENT OF WASHINGTON, INC.,<br><br>　　　　　Defendant. | Case No. 3:21-cv-05661-BHS<br><br>**ORDER GRANTING STIPULATION FOR WITHDRAWAL OF PLAINTIFF'S COUNSEL AND STIPULATED MOTION TO CONTINUE INITIAL SCHEDULING DEADLINES** |

This matter having come before the Court on the parties' **ORDER GRANTING STIPULATION FOR WITHDRAWAL OF PLAINTIFF'S COUNSEL AND STIPULATED MOTION TO CONTINUE INITIAL SCHEDULING DEADLINES** ("Stipulated Motion") and the Court finding good cause, it is hereby **ORDERED** that the Stipulated Motion is **GRANTED**. The dates in the Court's September 16, 2021 Order Regarding Initial Disclosures, Joint Status Report, Discovery, Depositions and Early Settlement (ECF No. 4) are amended as follows:

| DESCRIPTION | PREVIOUS DEADLINES | NEW DEADLINES |
|---|---|---|
| Deadline for FRCP 26(f) Conference | December 1, 2021 | February 1, 2022 |
| Initial Disclosures Pursuant to FRCP 26(a)(1) | December 8, 2021 | February 8, 2022 |

| DESCRIPTION | PREVIOUS DEADLINES | NEW DEADLINES |
|---|---|---|
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f) | December 15, 2021 | February 15, 2022 |

Dated this 9th day of December, 2021.

BENJAMIN H. SETTLE
United States District Judge

*Presented by:*

*s/ Ryan P. Hammond*
Ryan P. Hammond, WSBA#38888
rhammond@littler.com
Birgitte M. Gingold, WSBA#50630
bgingold@littler.com
LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA 98101.3122
Phone: 206.623.3300

Attorneys for Defendant

By: */s/ Morgan Mentzer*
Morgan Mentzer, WSBA # 47483
1004 MLK Way
Tacoma, WA 98405
Telephone: 206.639.7955
Email: morgan@lavenderrightsproject.org

Attorneys for Plaintiff

ORDER GRANTING
STIPULATED MOTION FOR WITHDRAWAL OF COUNSEL AND
TO CONTINUE INITIAL SCHEDULING DEADLINES - 2