HONORABLE BENJAMIN SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA, WASHINGTON

| | |
|---|---|
| TIFFANY BURGER,<br><br>       Plaintiff,<br><br>v.<br><br>WASTE MANAGEMENT OF WASHINGTON, INC.,<br><br>       Defendant. | NO. 3:21-cv-05661-BHS<br><br>**NOTICE OF APPEARANCE** |

TO:  THE CLERK OF THE COURT

AND TO: ALL COUNSEL OF RECORD

  PLEASE TAKE NOTICE that Aubrie D. Hicks of Dobson Hicks, PLLC and Edward Hones of Hones Law, PLLC, hereby appear on behalf of Plaintiff Tiffany Burger. Service of all documents and pleadings with regard to this litigation may be served on the undersigned at the address stated below.

//

NOTICE OF APPEARANCE - 1
(3:21-cv-05661-BHS)

**DOBSON HICKS PLLC**
2150 N. 107th Street, Suite 440
Seattle, WA 98133
206.492.5183

1     DATED this 6th day of January, 2022.

2                                DOBSON HICKS PLLC

3                                By: */s/Aubrie D. Hicks*
                               AUBRIE D. HICKS, WSBA #46446

4                                2150 N. 107th Street, Ste. 440
                               Seattle, WA 98133

5                                P: 206-492-5183
                               F: 206-691-8709

6                                E: aubrie@dobsonhicks.com
                               **Attorney for Plaintiff**

7

8                                HONES LAW, PLLC

9                                By: */s/ Edward Hones*
                               EDWARD W. HONES, WSBA #58275

10                              1201 2nd Ave., Ste. 900
                             Seattle, WA 98101

11                              P: 206-899-5061
                             E: ed@honeslaw.com

12                              **Attorney for Plaintiff**

13

14

15

16

17

18

19

20

21

NOTICE OF APPEARANCE - 2
(3:21-cv-05661-BHS)

**DOBSON HICKS PLLC**
2150 N. 107th Street, Suite 440
Seattle, WA 98133
206.492.5183

# CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on the 6th day of January, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Ryan P. Hammond, WSBA #38888
Birgitte M. Gingold, WSBA #50630
LITTLER MENDELSON, P.C.
600 University Street, Ste. 3200
Seattle, WA 98101
Email: rhammond@littler.com
Email: bgingold@littler.com
**Attorneys for Defendant**

DOBSON HICKS PLLC

By __/s/ Aubrie D. Hicks_____
AUBRIE D. HICKS, WSBA #46446
**Attorney for Plaintiff**

NOTICE OF APPEARANCE - 3
(3:21-cv-05661-BHS)

**DOBSON HICKS PLLC**
2150 N. 107th Street, Suite 440
Seattle, WA 98133
206.492.5183