The Honorable Benjamin Settle

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

TIFFANY BURGER,

    Plaintiff,

v.

WASTE MANAGEMENT OF WASHINGTON, INC.,

    Defendant.

Case No. 3:21-cv-05661-BHS

**ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL AND EXTEND CASE SCHEDULE**

NOTED FOR CONSIDERATION:
July 29, 2022

THIS MATTER having come before the Court on the parties' **STIPULATED MOTION TO CONTINUE TRIAL DATE AND EXTEND CASE SCHEDULE** ("Stipulated Motion") and the Court finding good cause, it is hereby **ORDERED** that the Stipulated Motion is **GRANTED**. It is hereby **ORDERED** that the following pretrial deadlines in this matter are hereby **EXTENDED** as follows:

| Event | Current Date | New Date |
| --- | --- | --- |
| FIVE DAYS BENCH TRIAL set for 09:00 AM | 2/28/2023 | 6/28/2023 |
| Disclosure of expert testimony under FRCP 26(a)(2) | 8/22/2022 | 12/20/2022 |
| Disclosure of rebuttal expert testimony under FRCP 26(a)(2) | 9/21/2022 | 1/19/2023 |
| All motions related to discovery must be filed by | 10/3/2022 | 1/31/2023 |

ORDER GRANTING STIPULATED
MOTION TO CONTINUE TRIAL AND EXTEND
CASE SCHEDULE - 1

LITTLER MENDELSON P.C.
Attorneys at Law
One Union Square
600 University Street, Suite 3200
Seattle, Washington 98101.3122
206.623.3300

| | | |
|---|---|---|
| Discovery completed by | 10/31/2022 | 2/28/2023 |
| All dispositive motions must be filed by | 11/30/2022 | 3/30/2023 |
| Motions in limine should be filed pursuant to Local Rule CR 7(d)(4) by | 1/23/2023 | 5/23/2023 |
| Agreed pretrial order filed with the Court by | 2/6/2023 | 6/6/2023 |
| Pretrial conference will be held at 11:00 AM on | 2/13/2023 | 6/13/2023 |
| Trial briefs, proposed findings and conclusions and deposition designations due by | 2/7/2023 | 6/7/2023 |

DATED this 29th day of July, 2022.

BENJAMIN H. SETTLE
United States District Judge

*Presented by:*

*/s/Ryan P. Hammond*
Ryan P. Hammond, WSBA # 38888
rhammond@littler.com
Brian H. Rho, WSBA # 51209
brho@littler.com

LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA 98101.3122
Phone: 206.623.3300
Fax:    206.447.6965


Attorneys for Defendant
WASTE MANAGEMENT OF WASHINGTON, INC.

ORDER GRANTING STIPULATED
MOTION TO CONTINUE TRIAL AND EXTEND
CASE SCHEDULE - 2

LITTLER MENDELSON P.C.
Attorneys at Law
One Union Square
600 University Street, Suite 3200
Seattle, Washington 98101.3122
206.623.3300

## CERTIFICATE OF SERVICE

I am a resident of the State of Washington, over the age of eighteen years, and not a party to the within action. My business address is One Union Square, 600 University Street, Ste. 3200, Seattle, WA 98101. I hereby certify that on July 29, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following CM/ECF system participants:

**Attorney for Plaintiff**

Aubrie D. Hicks, WSBA #46446
Dobson Hicks PLLC
1833 N. 105th St., Suite 302
Seattle, WA 98133
Tel: 206-492-5183
Tel: 206-691-8709
aubrie@dobsonhicks.com

Edward W. Hones, WSBA #58275
Hones Law, PLLC
1201 2nd Ave., Suite 900
Seattle, WA 98101
Tel: 206-899-5061
ed@honeslaw.com

I certify under penalty of perjury under the laws of the State of Washington that the above is true and correct. Executed on July 29, 2022, at Seattle, Washington.

*/s/ Katie Angelikis*
Katie Angelikis
kangelikis@littler.com
**LITTLER MENDELSON, P.C.**

ORDER GRANTING STIPULATED
MOTION TO CONTINUE TRIAL AND EXTEND
CASE SCHEDULE - 3

LITTLER MENDELSON P.C.
Attorneys at Law
One Union Square
600 University Street, Suite 3200
Seattle, Washington 98101.3122
206.623.3300