The Honorable Benjamin Settle

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TIFFANY BURGER,<br><br>         Plaintiff,<br><br>   v.<br><br>WASTE MANAGEMENT OF WASHINGTON, INC.,<br><br>         Defendant. | Case No. 3:21-cv-05661-BHS<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**<br><br>**NOTING DATE: November 22, 2022** |

## **STIPULATION**

COMES NOW Plaintiff Tiffany Burger and Defendant Waste Management of Washington, Inc., by and through their undersigned counsel, and stipulate, pursuant to Fed. R. Civ. P. 41(a)(ii), that this case be dismissed with prejudice with each party to bear its own costs and attorneys' fees.

//

//

//

//

//

//

//

STIPULATION and ORDER OF
DISMISSAL WITH PREJUDICE - 1

LITTLER MENDELSON P.C.
Attorneys at Law
One Union Square
600 University Street, Suite 3200
Seattle, Washington 98101.3122
206.623.3300

RESPECTFULLY SUBMITTED this 22nd day of November, 2022.

Presented by:

*s/ Edward W. Hones*
Edward W. Hones, WSBA #58275
HONES LAW, PLLC
1201 2nd Ave., Suite 900
Seattle, WA 98101
Tel: 206-899-5061
ed@honeslaw.com

*Attorneys for Plaintiff*
TIFFANY BURGER

*s/ Aubrie D. Hicks*
Aubrie D. Hicks, WSBA #46446
DOBSON HICKS PLLC
12055 15th Ave. NE, Suite D
Seattle, WA 98125
Tel: 206-492-5183
Tel: 206-691-8709
aubrie@dobsonhicks.com

*Attorneys for Plaintiff*
TIFFANY BURGER

*/s/ Ryan P. Hammond*
Ryan P. Hammond, WSBA #38888
rhammond@littler.com

*/s/ Brian H. Rho*
Brian H. Rho, WSBA #51209
brho@littler.com

LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA 98101.3122
Phone: 206.623.3300
Fax:    206.447.6965

*Attorneys for Defendant*
WASTE MANAGEMENT of
WASHINGTON, INC.

STIPULATION and ORDER OF
DISMISSAL WITH PREJUDICE - 2

LITTLER MENDELSON P.C.
Attorneys at Law
One Union Square
600 University Street, Suite 3200
Seattle, Washington 98101.3122
206.623.3300

1 **ORDER**

2  THIS MATTER, having been brought on duly and regularly before the undersigned Judge
3 of the above-entitled Court, and the Court deeming itself fully advised in all matters, does hereby,
4 pursuant to the foregoing Stipulation:

5  ORDER, ADJUDGE AND DECREE that all of Plaintiff's claims against Waste
6 Management of Washington, Inc. are hereby dismissed with prejudice and without assessment by
7 the Court of costs or attorneys' fees to any party, and the case is hereby closed.

9  DATED this 28th day of November, 2022.

_____
BENJAMIN H. SETTLE
United States District Judge

STIPULATION and ORDER OF
DISMISSAL WITH PREJUDICE - 3

LITTLER MENDELSON P.C.
Attorneys at Law
One Union Square
600 University Street, Suite 3200
Seattle, Washington 98101.3122
206.623.3300

## CERTIFICATE OF SERVICE

I am a resident of the State of Washington, over the age of eighteen years, and not a party to the within action. My business address is One Union Square, 600 University Street, Ste. 3200, Seattle, WA 98101. I hereby certify that on November 28, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following CM/ECF system participants:

**Attorney for Plaintiff**

| | |
|---|---|
| Aubrie D. Hicks, WSBA #46446<br>Dobson Hicks PLLC<br>12055 15th Ave. NE, Suite D<br>Seattle, WA 98125<br>Tel: 206-492-5183<br>Tel: 206-691-8709<br>aubrie@dobsonhicks.com | Edward W. Hones, WSBA #58275<br>Hones Law, PLLC<br>1201 2nd Ave., Suite 900<br>Seattle, WA 98101<br>Tel: 206-899-5061<br>ed@honeslaw.com |

I certify under penalty of perjury under the laws of the State of Washington that the above is true and correct. Executed on November 28, 2022, at Seattle, Washington.

*/s/ Karen Fiumano Yun*
Karen Fiumano Yun
kfiumano@littler.com
**LITTLER MENDELSON, P.C.**

4895-1907-6668.1 / 080840-1037

STIPULATION and ORDER OF
DISMISSAL WITH PREJUDICE - 4

LITTLER MENDELSON P.C.
Attorneys at Law
One Union Square
600 University Street, Suite 3200
Seattle, Washington 98101.3122
206.623.3300